IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     *Plaintiff/Respondent*, | ) ) ) |
| v. | ) Case No. CIV-10-374-JHP ) |
| JANICE LYNN RATLIFF, | ) ) |
|     *Defendant/ Movant.* | ) |

# JUDGMENT

In accordance with the order denying Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255, the Court hereby enters judgment in favor of the Government and against the Petitioner.

**IT IS SO ORDERED** this 25th day of February, 2011.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma